IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

United States of America

    v.                            2:15-cr-44-2

William Bradley

ORDER

    There being no objections, the court hereby adopts the Report and Recommendation of the magistrate judge (Doc. 55) that the defendant's guilty plea be accepted.  The court accepts the defendant's plea of guilty to Count 1 of the information, and he is hereby adjudged guilty on that count.

Date: August 27, 2015             s\James L. Graham
                                       James L. Graham
                                       United States District Judge